IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ARRASTENE HENRY, II           :         CHAPTER 13

         DEBTOR                        :         BANKRUPTCY NO. 19-11916

### CERTIFICATE OF NO OBJECTION

Jon M. Adelstein, Esquire, hereby certifies that he has not been served with any objections to the Debtor's Application to Employ Realtor within the time limits set forth in the Notice..

/s/Jon M. Adelstein
Jon M. Adelstein, Esquire
Adelstein & Kaliner, LLC
3993 Huntingdon Pike, Suite 210
Huntingdon Valley, PA 19006
(215) 230-4250