### UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ARRASTENE HENRY                          :          CHAPTER 13

DEBTOR                                   :          BANKRUPTCY NO. 19-11916

### ORDER

AND NOW, this 17th day of August 2022, upon consideration of Debtor's Application, it is hereby ORDERED and DECREED that Debtor is authorized to employ Keller Williams Real Estate as realtor to sell Debtor's real estate.

BY THE COURT:

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE