Certificate Number: 02921-PAE-DE-037571730

Bankruptcy Case Number: 19-11916



02921-PAE-DE-037571730

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 6, 2023, at 5:04 o'clock PM EDT, Arrastene Henry completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 7, 2023

By: /s/Paula Powers-Watts

Name: Paula Powers-Watts

Title: counselor