United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Arrastene Henry, II  
    Debtor

Case No. 19-11916-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 26, 2023      Form ID: 138OBJ      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Arrastene Henry, II, 1234 Westminster Drive, Wallingford, PA 19086 |
| 14352641 | + | Deutsche Bank National Trust Co., c/o BRIAN E. CAINE, ESQ., PARKER McCAY P.A., 9000 Midlantic Drive; Suite 300, P.O. Box 5054 Mt. Laurel, NJ 08054-5054 |
| 14338827 | | FREEDOM MORTGAGE CORPORATION, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14338879 | + | FREEDOM MORTGAGE CORPORATION, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14553653 | + | Freedom Mortgage Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14296432 | + | Law Offices of Daniel C. Conseuega, PL, 9204 King Palm Drive, Tampa, FL 33619-1328 |
| 14477873 | + | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2023 07:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14314900 | + | Email/Text: bankruptcy@bbandt.com | Jul 27 2023 07:31:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| 14296427 | | Email/Text: bankruptcy@bbandt.com | Jul 27 2023 07:31:00 | BB&t Financial FSB, PO Box 580435, Charlotte, NC 28258-0435 |
| 14296426 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 27 2023 07:31:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14296428 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 07:38:17 | Capital One Bank (USA), P. O. Box 71083, Charlotte, NC 28272-1083 |
| 14324750 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2023 07:38:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14296429 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 07:38:21 | Deutsche Bank National Trust Company, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 14361690 | + | Email/Text: bankruptcynotice@franklincredit.com | Jul 27 2023 07:31:00 | Deutsche Bank National Trust Company, et al, c/o Franklin Credit Management, P.O. Box 829629, Philadelphia, PA 19182-9629 |
| 14498008 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 27 2023 07:31:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14338745 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 27 2023 07:31:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, ATTN.: BANKRUPTCY DEPARTMENT, 10500 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 14553543 | ^ MEBN | | Jul 27 2023 07:31:04 | KINCAID DRIVE, FISHERS IN 46037-9764<br>FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14296430 | + Email/Text: Bankruptcy@Freedommortgage.com | | Jul 27 2023 07:31:00 | Freedom Mortgage, 907 Pleasant Valley, Suite 3, Mount Laurel, NJ 08054-1210 |
| 14296431 | Email/PDF: Citi.BNC.Correspondence@citi.com | | Jul 27 2023 07:50:29 | Home Depot/ CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14296433 | + Email/Text: electronicbkydocs@nelnet.net | | Jul 27 2023 07:31:00 | Nelnet, 3015 S. Parker Rd., Ste 400, Aurora, CO 80014-2904 |
| 14296434 | Email/Text: Bankruptcy.Notices@pnc.com | | Jul 27 2023 07:31:00 | PNC BANK, PO BOX 747032, Pittsburgh, PA 15274-7032 |
| 14338195 | Email/Text: Bankruptcy.Notices@pnc.com | | Jul 27 2023 07:31:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14296435 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Jul 27 2023 07:38:19 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 14331020 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Jul 27 2023 07:38:21 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023                              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN E. CAINE | on behalf of Creditor Deutsche Bank National Trust Company  et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com  brausch@pincuslaw.com |
| JON M. ADELSTEIN | on behalf of Debtor Arrastene Henry  II jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com |
| KENNETH E. WEST | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 26, 2023 | Form ID: 138OBJ | Total Noticed: 26

    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Arrastene Henry, II
      Debtor(s)

Case No: 19−11916−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
              Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/26/23

67 − 61
Form 138OBJ